# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ERIN M. EICKHOFF, et al., | |
| Plaintiffs, | 8:15CV65 |
| vs. | |
| BRENDA STOTTLER, et al., | ORDER |
| Defendants. | |

Upon notice that this case has settled,

**IT IS ORDERED that**:

1. On or before **September 14, 2015**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the Honorable Joseph F. Bataillon, at *bataillon@ned.uscourts.gov*, a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3. The deadline to file a Rule 26(f) planning report is terminated.

Dated this 13th day of August, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge