# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ERIN M. EICKHOFF, ADAM M. STOTTLER, and ERIN M. EICKHOFF, as Personal Representative of the Estate of Mark G. Stottler, Deceased, | Case No. 8:15CV65 |
| Plaintiffs, | **ORDER** |
| v. | |
| BRENDA STOTTLER, and COLONIAL LIFE & ACCIDENT INSURANCE COMPANY, | |
| Defendants. | |

This matter is before the Court on the Parties' Joint Stipulation to Dismiss with Prejudice (Filing No. 20). The Court finds the stipulation should be approved and adopted. Accordingly,

IT IS ORDERED that the stipulation of the parties is approved and adopted. This action is dismissed with prejudice, each party to bear its own costs.

Dated this 17th day of November, 2015.

BY THE COURT:

s/ Joseph F. Bataillon
Joseph F. Bataillon
Senior United States District Judge